**07 CV 10640**

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
NAIAS MARINE S.A.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NAIAS MARINE S.A.,

                Plaintiff,

    v.

TRANS PACIFIC CARRIERS CO. LTD.,

                Defendant.
------------------------------------------------------------X

07 CV _____ (___)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, NAIAS MARINE S.A., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
       November 28, 2007

                                  CHALOS, O'CONNOR & DUFFY, LLP
                                  Attorneys for Plaintiff
                                  NAIAS MARINE S.A.

By: _____
      Owen F. Duffy (OD-3144)
      George E. Murray (GM-4172)
      366 Main Street
      Port Washington, New York 11050
      Tel: (516) 767-3600
      Fax: (516) 767-3605