**JUDGE LEISURE**

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
NAIAS MARINE S.A.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

**07 CV 10640**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NAIAS MARINE S.A.,

               Plaintiff,

   v.

TRANS PACIFIC CARRIERS CO. LTD.,

               Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/2007

07 CV ____ (___)

**ORDER APPOINTING
A SPECIAL PROCESS
SERVER**

     An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

     NOW, on reading and filing the affidavit of Owen F. Duffy, sworn to the 28th day of November, 2007, and good cause having been shown, it is hereby

     **ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendant, TRANS PACIFIC CARRIERS CO. LTD.

Dated: New York, New York
       November 28, 2007

A CERTIFIED COPY
J. MICHAEL McMAHON,     CLERK

BY _____
     DEPUTY CLERK

SO ORDERED:

_____
U.S.D.J.