542-07/JLR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NAIAS MARINE S.A.,

                Plaintiff,

   -against-

TRANS PACIFIC CARRIERS CO. LTD.,

                Defendant.
------------------------------------------------------------x

07 CIV 10640 (PKL)

**ORDER TO SHOW CAUSE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

UPON THE MOTION pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Rule E(4)(f) of the Supplemental Admiralty Rules and Local Admiralty Rule E.1 of Defendant TRANS PACIFIC CARRIERS CO. LTD., the Declaration of Max Cross, the Defendant's Memorandum of Law, and all the other pleadings and proceedings had herein,

LET PLAINTIFF NAIAS MARINE S.A. SHOW CAUSE before the Honorable Peter K. Leisure, United States District Judge, at 500 Pearl Street, Courtroom 18B, New York, New York, on the 19th day of December, 2007, at 9:30 a.m. o'clock, or as soon thereafter as counsel can be heard, why an order vacating the attachment of Defendant's assets and dismissing the action against Defendant, should not be granted together with such other, further and different relief as the Court may deem just and proper in the premises; and it is hereby further

ORDERED that pending further Order of this Court, Plaintiff and its agents and assigns are hereby enjoined from attempting to take any other, further, or different actions in this or in any other jurisdiction to re-restrain Defendant's funds;

NYDOCS1/295059.1                                  1

LET service of a copy of this Order, and all pleadings in support of the within motion, if served upon Plaintiff's counsel by hand to the offices of Chalos, O'Connor & Duffy, LLP, 366 Main Street, Port Washington, NY 11050, and/or by email to ofd@lcodus-law.com, and/or by facsimile to (516) 767-3605, on or before five o'clock p.m. on December 12th, 2007 be deemed good and sufficient service; and

IT IS FURTHER ORDERED that answering papers, if any, including but not limited to Affidavit(s), Affirmation(s), Declaration(s), Exhibits and/or Memoranda of Law shall be filed and served so as to be received by counsel for Defendants (Freehill Hogan & Mahar, LLP) at their offices on or before five o'clock on the 14th day of December, 2007, and reply papers, if any, including but not limited to Affidavit(s), Affirmation(s), Declaration(s), Exhibits and/or Memoranda of Law shall be filed and served so as to be received by counsel for Plaintiff at its offices on or before five o'clock on the 17th day of December, 2007.

Dated: New York, New York
       December 11, 2007

_____
The Hon. Peter K. Leisure, U.S.D.J.

TO:   CHALOS, O'CONNOR & DUFFY, LLP
      Attorneys for Plaintiff
      366 Main Street
      Port Washington, NY  11050
      Attn: Owen F. Duffy, Esq.